# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AHERN RENTALS, INC., | CASE NO. C20-0542-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRAVIS MENDENHALL, an individual, and EQUIPMENTSHARE.COM, a Delaware corporation, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff and Defendant Travis Mendenhall's stipulated motion to extend the deadline by which Defendant Mendenhall must respond to Plaintiff's complaint (Dkt. No. 15). The Court, having thoroughly considered the motion and the relevant record and finding good cause, hereby GRANTS the motion. Defendant Mendenhall shall answer or otherwise respond to Plaintiff's complaint no later than June 15, 2020.

//

//

//

//

1 | DATED this 4th day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-0542-JCC
PAGE - 2