UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHERN RENTALS, INC., | CASE NO. C20-0542-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRAVIS MENDENHALL, an individual, and EQUIPMENTSHARE.COM INC., a Delaware corporation, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order (Dkt. No. 23) to withdraw Defendant EquipmentShare.com's motion to dismiss (Dkt. No. 17). Having thoroughly considered the stipulation and the relevant record, the Court hereby ORDERS as follows:

1. Defendant EquipmentShare.com's pending motion to dismiss (Dkt. No. 17) is withdrawn as moot; and

2. Defendant EquipmentShare.com shall file its response to Plaintiff's first amended complaint no later than June 5, 2020.

//

1 | DATED this 29th day of May 2020.

2 |                                     William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-0542-JCC
PAGE - 2